1
2
3
4
5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YAN CARLOS LARA-MADUENO (1)<br>and<br>JONATHAN GARCIA-GONZALEZ (2),<br>Defendants. | CASE NO.:  21CR2105-JLS<br><br>ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for August 27, 2021, be continued to **October 1, 2021 at 1:30 p.m.**  Defendants shall file acknowledgments of the new hearing date by September 10, 2021.

The Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated:  August 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge